IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LISA CAGE,<br><br>    Plaintiff. | No. C 13-00526 EJD (PR)<br><br>ORDER GRANTING EXTENSION<br>OF TIME TO FILE COMPLAINT |

On February 6, 2013, Plaintiff filed a letter which was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that she had not filed an In Forma Pauperis ("IFP") application or a proper complaint and they needed to be filed within thirty days or else the case would be dismissed. (Docket. No.. 2 & 3.) On February 15, 2013, Plaintiff filed an IFP application, but has yet to file a complaint. In the interest of justice, the Court will grant Plaintiff an extension of time to do so. Plaintiff must file a complaint using the court's form complaint **no later than thirty (30) days** from the date this order is filed.

**Failure to respond in accordance with this order by filing a complaint will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

DATED: 4/5/2013

EDWARD J. DAVILA
United States District Judge

Order Granting Ext. Of Time to File Complaint
00526Cage_eot-compl.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE LISA CAGE,

        Plaintiff.

Case Number: CV13-00526 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   4/9/2013  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lisa Cage 00400
Central California Womens Facility State Prison
p. O. Box 1508
Chowchilla, CA 93610

Dated:   4/9/2013

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk